COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          April 4, 2013

Case Numbers:  03-12-00532-CR & 03-12-00533-CR
Trial Court Nos.: 68582 & 66455

Style:         Richard Allen Miller v. The State of Texas

You are hereby notified that the appellant's motions to withdraw were granted on the date noted above. Also, the enclosed opinion and judgments were sent this date to the following persons:

The Honorable Martha J. Trudo
District Judge, 264th District Court
Bell County Courthouse
P. O. Box 747
Belton, TX 76513

Ms. Catherine Ferguson-Gilbert
Howard & Gilbert
Attorneys at Law
914 S. Main Street, Suite E
Copperas Cove, TX 76522

Mr. Richard Allen Miller
TDCJ-ID #01803110
Rufus H. Duncan Unit
1502 S. First Street
Diboll, TX 75941

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX 78711

The Honorable Shelia F. Norman
District Clerk
Bell County Courthouse
P. O. BOX 909
Belton, TX 76513-3296